**Mark Bradford (MB 6002)**
**MARK BRADFORD, PC**
**299 12th Street**
**Brooklyn, New York 11215-4903**
**Telephone: (347) 413-3287**
**Facsimile: (347) 402-8120**
**mb@markbradfordpc.com**

**Cara R. Burns (CB 1071)**
**HICKS, MIMS, KAPLAN & BURNS**
**28202 Cabot Road, Suite 300**
**Laguna Niguel, California 92677**
**Telephone: (310) 314-1721**
**Facsimile: (310) 314-1725**
**cburns@hmkblawyers.com**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x

| | |
|---|---|
| **LIVE NATION MERCHANDISE, INC.,** | ACTION NO. 1:18-cv-7551 LAP |
| Plaintiff, | [PROPOSED] ORDER |
| v. | FOR RELEASE OF CASH BOND AND DISPOSITION OF |
| **JOHN DOES 1-100, JANE DOES 1-100, AND XYZ COMPANY,** | SEIZED GOODS |
| Defendants. | |

_____x

Plaintiff having dismissed the above entitled action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41 (a), and no defendants having appeared by answer or otherwise, and good cause appearing,

**IT IS HEREBY**

**ORDERED,** that the Cash Bond posted by Plaintiff's counsel in the amount of Five Thousand Dollars ($5,000) along with any accrued interest, less any fees, shall be and

1

hereby is released, and shall be returned to counsel for the Plaintiff as set forth below, and it is further

**ORDERED**, that the Clerk of the Court shall send the released Cash Bond to Plaintiff's counsel in the form of a check made payable as follows: Cara R. Burns, Hicks, Mims, Kaplan & Burns, 28202 Cabot Road, Ste 300, Laguna Niguel, California 92677: and it is further

**ORDERED,** that Plaintiff is authorized to destroy or otherwise dispose of all previously seized infringing merchandise.

**IT IS SO ORDERED.**

Dated: ____July 16____, 2020     _____

At: __4:33__ p. m.     **THE HONORABLE LORETTA A. PRESKA**
     **UNITED STATES DISTRICT JUDGE**

Respectfully submitted,
By: /s/ Mark. Bradford
Mark Bradford (MB 6002)
MARK BRADFORD, PC
299 12th Street
Brooklyn, NY 11215-4903
Tel: (347) 413-3287; Fax: (347) 402-8120
mb@markbradfordpc.com

Cara R. Burns (CB 1071)
HICKS, MIMS, KAPLAN & BURNS
28202 Cabot Road, Suite 300
Laguna Niguel, CA 92677
Tel: (310) 314-1721/ Fax: (310) 314-1725
cburns@hmkblawyers.com

Attorneys for Plaintiff